```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 17642
    ITIDAL M HAMAD
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-5954


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 07/09/2008 and was not confirmed.

     The case was dismissed without confirmation 10/29/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------

HOME LOAN SERVICES INC    CURRENT MORTG         .00           .00            .00
HOME LOAN SERVICES INC    MORTGAGE ARRE    34080.00           .00            .00
FIRST FRANKLIN LOAN SERV  NOTICE ONLY      NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSECURED        11767.88           .00            .00
BANK OF AMERICA           NOTICE ONLY      NOT FILED          .00            .00
CAPITAL ONE               UNSECURED          691.56           .00            .00
ECAST                     UNSECURED          291.64           .00            .00
CHRIST MEDICAL CENTER     UNSECURED        NOT FILED          .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED         2273.77           .00            .00
ROUNDUP FUNDING LLC       UNSECURED          794.79           .00            .00
GE MONEY BANK             UNSECURED         1393.59           .00            .00
LVNV FUNDING LLC          UNSECURED          516.57           .00            .00
SEARS                     NOTICE ONLY      NOT FILED          .00            .00
US BANK NA                UNSECURED         3974.63           .00            .00
VALUE CITY                NOTICE ONLY      NOT FILED          .00            .00
WASHINGTON MUTUAL         NOTICE ONLY      NOT FILED          .00            .00
NORTH STAR CAPITAL ACQUI  UNSECURED         1221.00           .00            .00
WELLS FARGO               NOTICE ONLY      NOT FILED          .00            .00
MUMTHIR HAMAD             NOTICE ONLY      NOT FILED          .00            .00
KHALED HAMAD              NOTICE ONLY      NOT FILED          .00            .00
MR ODER                   NOTICE ONLY      NOT FILED          .00            .00
CAPITAL ONE               UNSECURED         2143.67           .00            .00
CAPITAL ONE               UNSECURED         2242.77           .00            .00
PRA RECEIVABLES MGMT      UNSECURED        10447.70           .00            .00
PRA RECEIVABLES MGMT      UNSECURED         2228.96           .00            .00
TIMOTHY K LIOU            DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                       .00


                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 17642 ITIDAL M HAMAD
```

```
PRIORITY                                                                    .00
SECURED                                                                     .00
UNSECURED                                                                   .00
ADMINISTRATIVE                                                              .00
TRUSTEE COMPENSATION                                                        .00
DEBTOR REFUND                                                               .00
                                    ---------------      ---------------
TOTALS                                          .00                  .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 01/27/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```